IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BOBBY JONES, et al.

    Plaintiffs,

v.                                Case No. 23-CV-0868

DONNA MURPHY, et al.,

    Defendants.

---

NICHOLAS BENNETT,

    Plaintiff,

v.                                Case No. 23-CV-0870

DONNA MURPHY, et al.,

    Defendants.

---

EMON HOLLINS,

    Plaintiff,

v.                                Case No. 23-CV-0869

DONNA MURPHY, et al.,

    Defendants.

---

DREW STRIEGEL,

    Plaintiff,

v.                                Case No. 23-CV-0874

DONNA MURPHY, et al.,

    Defendants.

## PARTIES' JOINT SETTLEMENT NOTICE

The Parties wish to hereby inform the Court that a settlement has been reached in the above-captioned cases. The Parties have fully executed the Parties' settlement agreement, and the State/Defendants are going through the process to get the Plaintiffs their settlement check. The Parties anticipate filing dismissal stipulations within one month.

Dated: February 7, 2025

        Respectfully submitted,

        JOSHUA L. KAUL
        Attorney General of Wisconsin

        <u>s/Bradley P. Soldon</u>
        BRADLEY P. SOLDON
        Assistant Attorney General
        State Bar #1115763

        Attorneys for the Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-6823
(608) 294-2907 (Fax)
soldonbp@doj.state.wi.us

STRANG BRADLEY, LLC
Attorneys for Plaintiffs

<u>/s/William E. Grau</u>
John H. Bradley
  Wisconsin Bar No. 1053124
R. Rick Resch
  Wisconsin Bar No. 1117722
William E. Grau
  Wisconsin Bar No. 1117724

STRANG BRADLEY, LLC
613 Williamson St., Suite 204
Madison, WI 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
James@StrangBradley.com